# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JONAH B. LAWSON, KANDACE B.
LAWSON, AND KANDACE B.
LAWSON, AS BIOLOGICAL AUNT
AND PRIMARY CUSTODIAN OF THE
MINOR, JE'SON BOURQUE

VERSUS

JAIMIE P. BREAUX, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY AND PROGRESSIVE
PALOVERDE INSURANCE COMPANY

NO.   2020 CW 0920

**NOVEMBER 23, 2020**

---

In Re:   Kandace B. Lawson, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 181567.

---

**BEFORE:   McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's motion advising that an amicable settlement has been reached herein as to all outstanding issues.

JMM
GH
AHP

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT